R. HENRY GREAVES, Respondent, v. AMERICAN INSTITUTE FOR SCIENTIFIC RESEARCH, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and at Special Term. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

LOUIS BRIMBERG, Respondent, v. HERMAN BASCH & COMPANY, INC., Appellant.— Appeal from order denying motion to vacate or modify award of arbitrators dismissed. (See *Matter of Picker*, 130 App. Div. 88.) Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM M. CLAYTON and ROBERT T. HARDY, Appellants.— Judgment affirmed. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

INTERBOROUGH DELIVERY COMPANY, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Determination affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

THOMAS A. CLARKE and Another, Copartners, etc., Respondents, v. THE CITY OF NEW YORK and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Page and Merrell, JJ.

WILLIAM HERRMANN, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

JEANNE ADAMS, Appellant, v. WALTER BLAIR and Another, Doing Business under the Firm Name and Style of BLAIR BROTHERS, Respondents. — Order affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

SAM POMERANTZ, Respondent, v. LEO SCHLESINGER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ELVIRA GOULD BROKAW and Others, as Executors, etc., of ISAAC V. BROKAW, Deceased. IRVING BROKAW and Others, Appellants; ELVIRA JULIANE MCNAIR and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

EMILIE BOCKMAN, as Administratrix, etc., Respondent, v. NEW YORK RAILWAYS COMPANY, Impleaded with PRODUCTS MANUFACTURING COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.